CHARLES B. GREENE
ATTORNEY AT LAW
84 W. SANTA CLARA STREET SUITE 770
SAN JOSE, CALIFORNIA 95113
(408) 279-3518
STATE ID # 56275
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No.: 10-57370 asw |
| THE HIGHLANDS OF LOS GATOS, LLC., | Chapter 11 |
| Debtor. | APPLICATION TO EMPLOY ATTORNEY |
| | Judge Arthur S. Weissbrodt |

APPLICANT, THE HIGHLANDS OF LOS GATOS, LLC, a California corporation (hereinafter referred to as "Applicant" and/or "Debtor") respectfully represents to the Court the following:

1. On July 16, 2010, the Debtor filed a petition under Chapter 11 of the Bankruptcy Code.

2. Debtor wishes to employ Charles B. Greene, an attorney, duly admitted to practice in this Court, as its legal counsel in the Chapter 11 proceedings.

3. Applicant believes that Charles B. Greene is well qualified to represent it in the Chapter 11 proceeding.

4. The professional services the said Charles B. Greene are to render are:

   a. To meet with and provide legal advice and counsel to the Debtor with respect to the Debtor's obligations under the Chapter 11 proceeding.

   b. To prepare and draft all schedules and other Chapter 11 documentation as may be required by either the Chapter 11 Trustee, by the Court, or by the Debtor.

   c. To appear in Court on behalf of the Debtor as may be required during the course of the Chapter 11 bankruptcy proceedings.

    d.    To perform all other legal services for Debtor which may be necessary and appropriate to the conduct of the Chapter 11 proceeding.

5. To the best of Debtor's knowledge, said Charles B. Greene has no connection with any of the Debtor's creditors, or any other party in interest or their respective attorneys.

6. Charles B. Greene has not been retained by Debtor for any previous legal services.

7. Charles B. Greene represents no interest adverse to Debtor or the estate in the matters upon which he is to be employed for Debtor, and his employment would be in the best interest of this estate.

WHEREFORE, Applicant prays that it be authorized to employ and appoint said Charles B. Greene and the Court issue an order appointing Charles B. Greene as attorney to the Debtor under a general retainer in this proceeding, and that Debtor have such other and further relief as is just and proper.

DATED July 19, 2010.

                /s/ Sandy Harris
                **SANDY HARRIS, Managing Member of Applicant.**