CHARLES B. GREENE
ATTORNEY AT LAW
84 W. SANTA CLARA STREET SUITE 770
SAN JOSE, CALIFORNIA 95113
(408) 279-3518
STATE ID # 56275
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re ) Case No.: 10-57370 asw
)
THE HIGHLANDS OF LOS GATOS, LLC., ) Chapter 11
)
Debtor. ) DECLARATION OF PROPOSED
) ATTORNEY
)
)

I, CHARLES B. GREENE, declare as follows:

1. I am an attorney and counselor at law, duly admitted to practice in the State of California and in this Court.

2. I maintain an office for the practice of law at 84 West Santa Clara #770, San Jose, CA 95113.

3. I have no connection with the above named Debtor, its creditors, or any other party in interest herein, or its respective attorneys, except that I represent said Debtor in this proceeding, and

4. My representation of Debtor complies with the requirements of Bankruptcy Code §§ 327, 329 and 1103(b) and Bankruptcy Rules 2014, 2016, and 5002.

5. I am not now nor have I been a creditor of the Debtor.

6. I am not now, nor at any time have I been an employee of the Office of the U.S. Trustee, nor am I related to any employee of the U.S. Trustee's Office.

7. I propose to bill the debtor for legal services rendered at the hourly rate of $425.00 per hour. The Debtor deposited with me the sum of $17,000.00 as and for a retainer fee.

8. I am a disinterested person as defined by Bankruptcy Code §101(14).

9. I have not agreed to share any compensation which I may receive from the Debtor with any

DECLARATION OF PROPOSED ATTORNEY  1

other person or entity.

I DECLARE under the penalty of perjury that the foregoing is true and correct.

DATED July 19, 2010.

          /s/ Charles B. Greene
          **CHARLES B. GREENE**