

```
 1  JEFFER MANGELS BUTLER & MITCHELL LLP
    RICHARD A. ROGAN (Bar No. 67310),
 2  KEVIN W. CHEN (Bar No. 238791), kchen@jmbm.com
    Two Embarcadero Center, Fifth Floor
 3  San Francisco, California 94111-3813
    Telephone:    (415) 398-8080
 4  Facsimile:    (415) 398-5584
 5  Attorneys for Secured Creditor EAST WEST BANK
```

IT IS SO ORDERED.
Signed January 19, 2011

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>THE HIGHLANDS OF LOS GATOS, LLC,<br><br>Debtor. | CASE NO. 10-57370<br><br>Chapter 11<br><br>R.S. NO. KWC-1<br><br>**ORDER GRANTING MOTION OF EAST WEST BANK FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: January 12, 2011<br>Time: 2:15 p.m.<br>Judge: Hon. Arthur S. Weissbrodt |

The Motion of East West Bank for Relief from the Automatic Stay ("Motion") made by East West Bank ("Bank"), came on regularly for hearing on January 12, 2011, at 2:15 p.m., before Hon. Arthur S. Weissbrodt, Presiding. Charles B. Greene, Esq. of Law Offices of Charles B. Greene appeared for Debtor The Highlands of Los Gatos, LLC, and Richard A. Rogan, Esq. of Jeffer Mangels Butler & Mitchell LLP appeared for Bank. The matter having been submitted and heard by the Court, and good cause appearing therefor:

IT IS HEREBY ORDERED that:

1. The Motion is granted; and

2. The trustee's sale on the Property (as defined in the Motion) shall occur no earlier than February 25, 2011.

///

1078482v1

ORDER GRANTING MOTION OF EAST WEST BANK FOR RELIEF FROM STAY

1  IT IS FURTHER ORDERED, JUDGED AND DECREED that the 14-day stay
2  provided by Bankruptcy Rule 4001(a)(3) is waived.
3
4  APPROVED AS TO FORM:
5  DATED:
             LAW OFFICES OF CHARLES B. GREENE
6
7            By: _____
8                 CHARLES B. GREENE
            Attorneys for The Highlands of Los Gatos, LLC
9
           ** END OF ORDER **

JMBM | Jeffer Mangels Butler & Mitchell LLP

PRINTED ON RECYCLED PAPER

1078482v1

- 2 -  ORDER GRANTING MOTION OF EAST WEST BANK FOR RELIEF FROM STAY

COURT SERVICE LIST

**The Highlands of Los Gatos, LLC**
906 Capri Drive
Campbell, CA 95008

**Sandy F. Harris**
906 Capri Drive
Campbell, CA 95008

**Charles B. Greene, Esq.**
Law Offices of Charles B. Greene
84 W. Santa Clara Street #770
San Jose, CA 95113

**Joshua L. Scheer, Esq.**
Scheer Law Group
155 Redwood Drive, Suite 100
San Rafael, CA 94903

**John S. Wesolowski**
Office of the United States Trustee
280 S 1st St. #268
San Jose, CA 95113-0002

**Office of the U.S. Trustee / SJ**
U.S. Federal Building
280 S 1st Street #268
San Jose, CA 95113-3004

PRINTED ON RECYCLED PAPER

JMBM Jeffer Mangels Butler & Mitchell LLP

7078482v1